# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGENE JACOBS : CIVIL ACTION

v. :

LOUIS FOLINO, et al. : NO. 07-925

## **ORDER**

AND NOW, this 28th day of April, 2010, it is hereby ORDERED that:

1. Petitioner's objections to the Magistrate Judge's Report and Recommendation are overruled;

2. The Magistrate's Report and Recommendation is approved and adopted;

3. The Petition for Writ of Habeas Corpus is denied and dismissed with prejudice;

4. Because Petitioner has failed to make a substantial showing of the denial of any constitutional right, a certificate of appealability will not issue;

5. A Memorandum detailing the Court's review of the Report and Recommendation will follow; and

6. The Court shall CLOSE this case, statistically.

                                      **BY THE COURT:**

                                      **/s/ Michael M. Baylson**

                                      **MICHAEL M. BAYLSON, U.S.D.J.**