IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE JACOBS | : | CIVIL ACTION |
| v. | : | |
| LOUIS FOLINO, et al. | : | NO. 07-925 |

## ORDER

AND NOW, this 4th day of May, 2010, it is hereby ORDERED that Petitoner's Motion for Financial Assistance and/or Discovery (ECF No.13) and Motion for Release of Documents Pursuant to Rule 34 of Federal Rules of Civil Procedure (ECF No. 12) are DENIED as MOOT.

BY THE COURT:

MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 07-08\07-925 Jacobs v. Folino\Jacobs v. Folino 2254 Habeas Order other motions 07-925.wpd

cc: Jacobs (mail)